# EXHIBIT E



January 16, 2024

**VIA EMAIL AND MAIL**

Mi Casa es Mi Casa
2448 San Diego Ave.
Suite A
San Diego, CA 92110
https://mi-casa-es-mi-casa.business.site/
613-370-8055

Old Town San Diego Chamber
of Commerce & Visitors Center
4010 Twiggs St.
San Diego, CA 92110
info@oldtownsandiego.org
(619) 228-9340

**RE: TRADEMARK INFRINGEMENT OF LOTERIA®**
**Our Ref No. DC24001GEN - CEASE AND DESIST LETTER**

Dear Sirs:

Our clients, Martha Maria Sanchez Quiroz and Don Clemente, Inc. are the intellectual property rights owners and manufacturers of the famous LOTERIA® brand bingo card game. Their family is the famous maker of the card sets in Mexico. They began publishing the game in 1887 when Mr. Clemente Jacques started to produce the cards.

As of today, our clients own the trademark **"LOTERIA"** which was registered on December 13, 2005, under US Trademark Registration Number **3029671**, as well as the trademark **"LOTERIA"** that was registered on June 9, 2015, under US Trademark Registration Number **4752814**; the trademark **"DON CLEMENTE JUEGO DE LOTERIA"** that was registered on February 15, 2000, under US Trademark Registration Number **2317479**; and the trademark **"LOTERIA DON CLEMENTE SINCE 1887"** that was registered on July 19, 2016, under US Trademark Registration Number **5003661**; but also and most importantly in this case all the following federal registrations on the Principal Register that protect the marks in each individual card.  See the attached **EXHIBIT A**.

The above-mentioned federal registrations provide our client with certain proprietary rights. They are entitled to restrict the use of the above-mentioned

trademarks, or a confusingly similar trademark, in association with confusingly similar products or services.

A few months ago, we discovered that the infringing LOTERIA® branded products depicted below were being sold and offered for sale by Mi Casa es Mi Casa at the store https://mi-casa-es-mi-casa.business.site/. These Mexican style card games replicate each of the US registered trademarks owned by our clients which protect the 54 playing cards.  As shown in the comparison chart attached, **EXHIBIT B**, all of these cards are protected.






The photos included above show the products offered for sale under the LOTERIA search on your website. As you can see in these photos, these cards are reproductions of several of our clients' trademark protected playing cards, some of which are listed below.

1. EL GALLO image – US Registration No. 1,495,949
2. EL GALLO image – US Registration No. 1,498,581
3. LA BANDERA – US Registration No. 3,016,707
4. EL NOPAL – US Registration No. 2,673,824
5. EL CAZO – US Registration No. 2,839,904
6. LAS JARAS – US Registration No. 2,873,955
7. EL TAMBOR – US Registration No. 2,956,553
8. EL PARAGUAS – US Registration No. 2,980,462
9. LA ROSA – US Registration No. 2,836,243
10. EL ARBOL – US Registration No. 2,871,196
11. EL PAJARO – US Registration No. 2,956,554
12. EL ARPA – US Registration No. 2,956,552

We consider your unauthorized reproduction and use of the registered trademarks infringement of our client's intellectual property rights under 15 U.S.C. § 1051 et seq. As these playing cards' images/characters are famous and distinctive, the marks are entitled to the widest scope of protection covering variations on its visual format. See J. Thomas McCarthy, 2 McCarthy on Trademarks and Unfair Competition 11:73, at. 11-198; *Champion Golf Club v. Champions Golf Club*, 78 F.3d 1111 (6th Cir. 1996) ("The stronger the marks, the more likely it is that encroachment on it will produce confusion."). In addition, the strength of these playing cards is enhanced by the successful policing efforts of Don Clemente, Inc. and its predecessors. See *Dictaphone Corp. v. Dictamatic Corp.*, 199 U.S.P.Q. 437 (D. Or. 1978)(observing that policing one's mark enhances the strength of the mark).

We realize that you may not have been aware of this infringement and respectfully request that you CEASE and DESIST from selling and advertising the bingo card game **"LOTERIA" or any other bingo games that infringe the trademark "LOTERIA" and its protected cards if you are already doing so. We demand that you stop selling this infringing product to consumers and stop diluting the value of our clients' registered trademarks. We also demand that within fifteen (15) business days from the receipt of this letter, you send us a signed written assurance affirming that you will refrain from any further acts of trademark infringement and withdraw the above-mentioned application.** In the alternative, we demand you obtain a license to use our clients' registered marks. Our clients are very reasonable and open to discuss a solution beneficial for both parties that may allow you to continue to use the registered trademark without infringing upon the intellectual property rights of our clients.

Furthermore, not only are the 54-trademark protected playing cards being reproduced in the infringing board game, but also, as part of other merchandise such

as patches, clothing, coasters, offered for sale at the store which is part of the game.
https://www.oldtownsandiego.org/find-unique-souvenirs-at-mi-casa-es-mi-casa/


US Reg. No. 5,258,638
EL BORRACHO (IC25)


LA BANDERA® y LA ESTRELLA®


Several Trademark Protected Playing cards (IC21)

    Please be advised that although we are confident that you will promptly reply to resolve this matter amicably, we are ready to take all necessary actions, including the commencement of a lawsuit to protect the intellectual property rights of our clients.

Yours truly,

Mariana Paula Noli, Esq.

MN/sa

# USPS Tracking®

Tracking / FAQs >

**Track Packages Anytime, Anywhere** Get the free Informed Delivery® feature to receive automated notifications on your packages. **Learn More**

**Tracking Number:**

## 9589071052700574111642

Copy  Add to Informed Delivery

Remove ✕

### Latest Update

Your item was delivered to an individual at the address at 4:17 pm on January 18, 2024 in SAN DIEGO, CA 92110.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

✓ **Delivered**
Delivered, Left with Individual
SAN DIEGO, CA 92110
January 18, 2024, 4:17 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]
Please enter a tracking number.

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



### HELPFUL LINKS
Contact Us
Site Index
FAQs
Feedback

### ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

### OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers
PostalPro

### LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts
Fair Chance Act
Accessibility Statement

Copyright © 2024 USPS. All Rights Reserved.



**Tracking Number:**

**9589071052700574111659**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 5:48 pm on January 18, 2024 in SAN DIEGO, CA 92110.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Remove ✕**

✓ **Delivered**
**Delivered, Left with Individual**

SAN DIEGO, CA 92110
January 18, 2024, 5:48 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃