# EXHIBIT F

# Mariana Noli

| | |
|---|---|
| **From:** | OTSD Info <info@oldtownsandiego.org> |
| **Sent:** | Thursday, January 18, 2024 11:34 AM |
| **To:** | Mariana Noli |
| **Cc:** | shannen@noli-ipsolutions.com; diane noli-ipsolutions.com |
| **Subject:** | Re: Our Ref. No. DC24001GEN - CEASE AND DESIST REQUEST | RE: TRADEMARK INFRINGEMENT OF LOTERIA(R) |

Hello, the business owner we have on record is Lilia Flores: liliaflores2@yahoo.com

On Wed, Jan 17, 2024 at 8:24 PM Mariana Noli <mariana@noli-ipsolutions.com> wrote:

> Hello.  Yes, we have contacted them, thank you for your email.
>
> Best regards,
>
> Mariana
>
> 
>
> **Mariana Paula Noli**
> Founder/Manager
>
> Preferred pronoun (she/her)
>
> 
>
> 1902 Wright Place, Suite 200
> Carlsbad, CA 92008, USA
>
> mariana@noli-ipsolutions.com

Tel. (442) 224-7490 ext. 101

Fax (760) 859-3944

[www.noliip.com](www.noliip.com)

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This email communication and any attachments are privileged and confidential and intended solely for specific recipients listed above and others who have been expressly authorized to receive it. If you are not the intended recipient, please do not read, copy, use, or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 1.442.224.7490. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

**DIVERSITY COMMITMENT STATEMENT**

**NOLI IP Solutions, PC** strives in its commitment toward diversity, both at the firm and in the legal profession. We highly encourage and apply fair recruitment practices, and retain a workforce that welcomes and supports the interests of women, families, and people of any ethnicity, religious belief, nationality, age, or sexual orientation. Diversity is essential to the success of our firm. Our management, and the majority of all our support staff are all women. 90% of our team represent ethnic minority groups, fluent in English, Spanish, Arabic, and Italian.

   **PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL**

---

**From:** OTSD Info <info@oldtownsandiego.org>
**Sent:** Tuesday, January 16, 2024 3:41 PM
**To:** shannen@noli-ipsolutions.com
**Cc:** Mariana Noli <mariana@noli-ipsolutions.com>; diane noli-ipsolutions.com <diane@noli-ipsolutions.com>
**Subject:** Re: Our Ref. No. DC24001GEN - CEASE AND DESIST REQUEST | RE: TRADEMARK INFRINGEMENT OF LOTERIA(R)

Hello, thank you for bringing this to my attention. The Chamber of Commerce does not sell any merchandise. Will the offending business be contacted as well?

On Tue, Jan 16, 2024 at 3:12 PM shannen@noli-ipsolutions.com <shannen@noli-ipsolutions.com> wrote:

> Dear Sirs/Madams:
>
> Please find enclosed correspondence from Ms. Mariana Noli, Esq. on behalf of her client Don Clemente, Inc. and Martha Maria Sanchez Quiroz in connection with her intellectual property matters. This communication will be sent via US Certified mail as well.

Kindly confirm receipt of this email and attachments.

Best regards,



**Shannen Alday**
Junior IP Paralegal

1902 Wright Place, Suite 200
Carlsbad, CA 92008, USA

Tel. (442) 224-7490

Fax. (858) 810-0137

www.noliip.com



**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This email communication and any attachments are privileged and confidential and intended solely for specific recipients listed above and others who have been expressly authorized to receive it. If you are not the intended recipient, please do not read, copy, use, or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 1.442.224.7490.  Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you

**DIVERSITY COMMITMENT STATEMENT**

**NOLI IP Solutions, PC** strives in its commitment toward diversity, both at the firm and in the legal profession. We highly encourage and apply fair recruitment practices, and retain a workforce that welcomes and supports the interests of women, families, and people of any ethnicity, religious belief, nationality, age, or sexual orientation.  Diversity is essential to the success of our firm.  Our management, and the majority of all our support staff are all women.  90% of our team represent ethnic minority groups, fluent in English, Spanish, Arabic, and Italian.

**PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL**

--

Old Town San Diego Chamber of Commerce

4010 Twiggs Street

San Diego, CA 92110

(619) 228-9340

info@oldtowsandiego.org

--
Old Town San Diego Chamber of Commerce
4010 Twiggs Street
San Diego, CA 92110
(619) 228-9340
info@oldtowsandiego.org