AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court SOUTHERN DISTRICT OF CALIFORNIA on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>MARTHA MARIA SANCHEZ QUIROZ<br>DON CLEMENTE, INC. | | DEFENDANT<br>LILIA FLORES<br>JOHN AND JANE DOES 1-10 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,653,354 | 11/26/2002 | MARTHA MARIA SANCHEZ QUIROZ |
| 2 | 2,980,464 | 8/5/2005 | MARTHA MARIA SANCHEZ QUIROZ |
| 3 | 2,868,962 | 8/3/2004 | MARTHA MARIA SANCHEZ QUIROZ |
| 4 | 2,959,058 | 6/7/2005 | MARTHA MARIA SANCHEZ QUIROZ |
| 5 | 3,043,255 | 1/17/2006 | MARTHA MARIA SANCHEZ QUIROZ |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

| Mark | Registration Number | Incontestability and Date |
|---|---|---|
| EL ARPA | 2,956,552 | Yes – 2011/07/16 |
| EL BARRIL | 2,956,553 | Yes – 2011/07/16 |
| LA ESCALERA | 2,959,058 | Yes – 2011/07/16 |
| LA GARZA | 2,956,554 | Yes - 2011/07/16 |
| EL BANDOLON | 2,980,466 | Yes – 2011/08/16 |
| EL CORAZON | 2,980,465 | Yes – 2011/08/16 |
| LA DAMA | 2,980,464 | Yes – 2011/08/16 |
| EL TAMBOR | 2,873,958 | Yes -2010/09/01 |
| LA RANA | 2,873,957 | Yes – 2010/09/01 |
| EL GORRITO | 2,873,956 | Yes – 2010/09/01 |
| EL PARAGUAS | 2,980,462 | Yes – 2011/08/31 |
| EL PINO | 2,969,261 | Yes -2011/08/16 |
| LAS JARAS | 2,873,955 | Yes – 2010/09/01 |
| EL VIOLONCELLO | 2,980,461 | Yes – 2011/08/16 |
| LA BOTA | 2,969,255 | Yes – 2011/08/16 |
| LA BANDERA | 3,016,707 | Yes – 2012/01/04 |
| LA PALMA | 3,016,706 | Yes – 2012/01/04 |
| LA CORONA | 2,901,308 | Yes – 2010/11/19 |
| LA ROSA | 2,836,243 | Yes – 2009/05/22 |
| LA SIRENA | 2,839,906 | Yes – 2009/05/22 |
| LA LUNA | 2,839,905 | Yes – 2009/05/22 |
| EL CAZO | 2,839,904 | Yes – 2009/05/22 |
| EL SOLDADO | 2,862,284 | Yes – 2010/07/30 |
| LA CALAVERA | 2,839,899 | Yes – 2009/05/22 |
| LA MANO | 2,839,898 | Yes – 2009/05/22 |

| | | |
|---|---|---|
| LA CHALUPA | 2,876,667 | Yes – 2010/09/01 |
| CLEMENTE JACQUES TOMATO CATSUP LA BOTELLA | 3,043,255 | Yes – 2012/02/01 |
| LA CAMPANA | 2,868,880 | Yes – 2010/08/18 |
| EL ARBOL | 2,871,196 | Yes – 2010/08/28 |
| EL VENADO | 2,871,195 | Yes - 2010/08/28 |
| EL MUNDO | 2,868,965 | Yes – 2010/08/18 |
| EL VALIENTE | 2,868,964 | Yes – 2010/08/18 |
| LA SANDIA | 2,868,963 | Yes – 2010/08/18 |
| EL CATRIN | 2,868,962 | Yes – 2010/08/18 |
| EL COTORRO | 2,871,233 | Yes – 2010/08/28 |
| EL PAJARO | 2,904,380 | Yes – 2010/11/19 |
| LA ARANA | 2,871,200 | Yes - 2010/08/28 |
| EL CAMARON | 2,871,199 | Yes – 2010/08/28 |
| LA ESTRELLA 35 | 3,147,917 | Yes – 2012/06/11 |
| LA MACETA | 2,871,194 | Yes – 2010/08/28 |
| EL PESCADO | 2,975,222 | Yes - 2011/08/16 |
| LA MUERTE | 2,975,221 | Yes – 2011/08/16 |
| LA PERA | 2,866,357 | Yes – 2010/08/02 |
| EL APACHE | 2,876,658 | Yes – 2010/09/01 |
| EL MELON | 2,866,355 | Yes – 2010/08/02 |
| EL SOL | 2,890,939 | Yes – 2010/09/30 |
| EL MUSICO | 2,890,938 | Yes – 2010/09/30 |
| EL ALACRAN | 3,144,540 | Yes – 2012/06/11 |
| EL CANTARITO | 2,653,355 | Yes- 2008/02/12 |
| EL BORRACHO | 2,655,609 | Yes – 2008/02/12 |
| EL DIABLITO | 2,653,354 | Yes – 2008/02/12 |

| | | |
|---|---|---|
| EL NOPAL | 2,673,824 | Yes – 2008/03/04 |
| DON CLEMENTE JUEGO DE LOTERIA | 2,317,479 | Yes - 2005/03/22 |
| Miscellaneous Design (IC 16, 28, 41) | 2,193,067 | Yes – 2004/11/12 |
| DON CLEMENTE (IC 16, 28, 41) | 2,193,066 | Yes – 2004/09/27 |
| DON CLEMENTE, INC. | 1,364,671 | Yes – 2005/01/08 |
| EL NEGRITO | 3,208,050 | Yes -2012/06/11 |
| 67 EL AGUILA | 3,187,390 | Yes- 2012/06/11 |
| KIKIRI LINE | 3,006,186 | Yes -2011/11/02 |
| LOTERIA (IC 16, 28) | 3,029,671 | Yes 2012/01/04 |
| EL BORRACHO (IC 21) | 5,210,231 | Yes - 2023/10/23 |
| EL MUSICO (IC 21) | 5,210,232 | Yes - 2023/11/07 |
| LA CALAVERA (IC 21) | 5,214,784 | Yes - 2023/10/25 |
| LOTERIA DON CLEMENTE SINCE 1887 (IC 28) | 5,003,661 | Yes - 2023/01/26 |
| ROOSTER (IC 16, 28) | 3,139,432 | Yes – 2012/07/02 |
| LOTERIA (IC 16) | 4,752,814 | Yes - 2022/09/14 |
| EL BORRACHO (IC 21) | 5,210,231 | Yes - 2023/10/23 |
| EL MUSICO (IC 21) | 5,210,232 | Yes - 2023/11/07 |
| LA CALAVERA (IC 21) | 5,214,784 | Yes - 2023/10/25 |